IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| U.S. A. | : | Case No. 3:01-mc-015 |
| Plaintiffs, | : | Judge Walter H. Rice |
| vs. | : | |
| Frederick C. Barnett | : | |
| Defendant. | : | |

### ORDER UNSEALING CASE

This Court, upon its own motion, hereby Orders the instant case be unsealed.

December 11, 2023

WALTER H. RICE
UNITED STATES DISTRICT JUDGE